UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CURTIS HOWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 21-11978-ADB |
| | * | |
| DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

BURROUGHS, D.J.

On December 8, 2021, Curtis Howell ("Howell") initiated this action by filing a *pro se* complaint. [ECF No. 1]. By Memorandum and Order dated January 31, 2022, the Court granted Howell leave to proceed *in forma pauperis* and advised Howell that if he wishes to proceed in this matter, he must file an amended complaint curing the pleading deficiencies of the original complaint and setting forth a plausible claim upon which relief may be granted. [ECF No. 11].

In response to the Court's Memorandum and Order, Howell filed an amended complaint. [ECF No. 12]. Because Howell is proceeding *in forma pauperis*, the amended complaint is subject to review to determine if it satisfies the requirements of 28 U.S.C. § 1915(e)(2).

Howell simultaneously filed three motions with his amended complaint. [ECF Nos. 13 – 15]. Howell has since filed four additional motions. [ECF Nos. 18-19, 28-29]. The Court notes that several of Howell's motions identify on the pleading 4 separate civil action numbers.[1] Given

---

[1] The instant action is one of 4 pro se actions filed by Curis Howell on December 8, 2021. *See Howell v. Lowell Police Dep't, et al.*, C.A. No. 21-11974-AK (pending); (2) *Howell v. Middlesex*

that Howell has four separate civil actions that are pending before several different judicial officers, if Howell files any future documents in any of these cases, he must identify only one case number on each document that he submits to the clerk for filing.[2]

Upon review of the pending motions, the Court hereby Orders:

1. The motion for leave to proceed *in forma* pauperis [ECF No. 13] is DENIED as moot because Howell was previously granted leave to proceed *in forma pauperis*.

2 Plaintiff's motion for relief from judgment and the issuance of summonses [ECF No. 14] is DENIED.

3. Plaintiff's motion to enlarge statutory time frame for service [ECF No. 15] is DENIED without prejudice. Should the Court order that summonses issue, Howell will have 90 days from the date the summonses issue to complete service.

4. Plaintiff's motion to request notice of rulings [ECF No. 18] is DENIED without prejudice. The Clerk is mailing Howell copies of Court orders as soon as they are issued. To the extent Howell complains that summonses have not issued, summonses shall only issue upon order of the Court after the Court has conducted a review of the amended complaint pursuant to 28 U.S.C. § 1915(e)(2). Until the Court orders that summonses issue and the Defendants are properly served, Defendants are not obligated to respond to the Plaintiff's operative complaint.

5. Plaintiff's motion for summary judgment [ECF No. 19] is DENIED as premature.

---

*Cmty. Coll., et al.*, C.A. No. 21-11976-JGD (pending); and (3) *Howell v. Massachusetts Attorneys Gen,, et al.*, C.A. No. 21-11979-ADB (pending).

[2] The clerk will be directed to return to Howell any documents that identify more than one case number to allow him to identify in which one case he wants the document to be filed and then refile the document if he so chooses.

6. Plaintiff's motion to object/motion for default judgment [ECF No. 28] is DENIED. Defendants have not defaulted because summonses have not issued.

7. Plaintiff's motion for attorney cost and fees [ECF No. 29] is DENIED without prejudice. If the Court orders that summonses issue, Howell will have the option of having the United States Marshals Service effect service without any cost to Plaintiff (except for costs incurred in making copies of documents for service on Defendants). Plaintiff's *in forma pauperis* status does not mean that the Court will advance him funds for litigation expenses or pay for an attorney. Further, in general, *in forma pauperis* litigants are not entitled to free document copies or court transcripts.

8. Plaintiff shall not file any additional motions until the Court has reviewed the amended complaint and issued an order concerning the issuance of summonses. Plaintiff raises issues that are not material at this stage of the litigation and the numerous filings impede rather than promote the progression of this case.

9. The clerk shall return to Curtis Howell any future documents that identify more than one case number.

**SO ORDERED.**

April 7, 2022                                   /s/ Allison D. Burroughs
                                                ALLISON D. BURROUGHS
                                                UNITED STATES DISTRICT JUDGE