UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CURTIS HOWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 21-cv-11978-ADB |
| DEPARTMENT OF HOUSING AND | * | |
| COMMUNITY DEVELOPMENT, et al, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## **ORDER**

BURROUGHS, D.J.

      The Court dismissed this action on May 2, 2022. [ECF No. 38]. It has remained closed since that time. Plaintiff, however, has continued to file post-judgment motions and other papers in this case. The Court ordered him to cease filing documents in this closed case first on June 28, 2022, [ECF No. 61], again on June 29, 2022, [ECF No. 69], and again on July 19, 2022, [ECF No. 77], and warned that continued violations of the Court's orders may result in sanctions. Notwithstanding, Plaintiff has continued to file papers in this case. These actions have placed unnecessary burdens on the Court.

      The Court now orders that, unless and until this case is remanded by the First Circuit Court of Appeals, the Clerk shall strike any papers Plaintiff tries to file in this case, except the filing of a timely notice of appeal. The First Circuit has held that a district court "has considerable discretion" under Federal Rule of Civil Procedure 12(f) "in striking any redundant, immaterial, impertinent or scandalous matter." Alvarado-Morales v. Digital Equip. Corp., 843 F.2d 613, 618 (1st Cir. 1988) (internal quotation marks omitted). Here, at a minimum, Plaintiff's filings are repetitive and immaterial.

2

The Court warns Plaintiff that any further violation of the Court's orders will result in sanctions, including the imposition of monetary sanctions.

**SO ORDERED.**

August 22, 2022                                                                /s/ Allison D. Burroughs
                                                                               ALLISON D. BURROUGHS
                                                                               U.S. DISTRICT JUDGE